

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Samantha Hale Battenfield

No. 06-24-00090-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be conditionally granted, and we direct the trial court to withdraw, within fourteen days of the date our opinion issues, its October 2, 2024, order striking Relator's petition in intervention and dismissing the case. The writ of mandamus will issue only if the trial court fails to comply.

RENDERED FEBRUARY 14, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk